**PARR LAW GROUP**
SHAWN R. PARR, ESQ. (SBN 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Defendant
WILLIAM BOHANNAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BOHANNAN,<br><br>Defendant. | CASE NO.   C-03-5300 EMC<br><br>**DEFENDANT BOHANNAN'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE ORDER**<br>CASE MANAGEMENT CONFERENCE:<br>Date:    July 13, 2005<br>Time:    1:30 p.m.<br><br>Assigned to Edward M. Chen |

Counsel for Defendant BOHANNAN, requests that the Court allow the telephonic appearance of counsel at the Case Management Conference calendared for July 13, 2005 at 1:30 p.m. Counsel has another court appearance scheduled that afternoon in San Jose. If granted, attorney Shawn R. Parr will be making the telephonic appearance.

Dated:  July 11, 2005                         PARR LAW GROUP


                                              ____/s/ Shawn R. Parr_____
                                              SHAWN R. PARR
                                              Attorney for Defendant WILLIAM BOHANNAN

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*RICARDO GAMATA'S REQUEST TO APPEAR TELEPHONICALLY-C 03-5300 EMC*

1

1
2  **ORDER**
3  **IT IS HEREBY ORDERED** that Defendants BOHANNAN'S request to appear
4  telephonically is hereby granted.
5
6
7  Dated: __July 11__, 2005   _____
8                              Honorable Ed
                                United States 
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*RICARDO GAMATA'S REQUEST TO APPEAR TELEPHONICALLY-C 03-5300 EMC*

2