IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

v.

WILLIAM BOHANNAN,

        Defendant.

No. C -03-5300 EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     [X] Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

---

Dated: July 6, 2005

Attorney for Plaintiff
Brandon Q. Tran

Dated: July 10, 2005

Attorney for Defendant
Shawn B. Parr

IT IS SO ORDERED:

Dated: July 11, 2005

[Seal: Judge Edward M. Chen]

UNITED STATES DISTRICT JUDGE
Edward M. Chen, UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

N:\Adrpo3a.frm

REV. 5/00
NDC-ADR6

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 2/8/2005          John Green for DIRECTV, INC., a California corporation
                         [Typed name and signature of plaintiff]

Dated: July    , 2005    Brandon Q. Tran
                         [Typed name and signature of counsel for plaintiff]

Dated: July    , 2005    William Bohannan
                         [Typed name and signature of defendant]

Dated: July    , 2005    Shawn R. Parr
                         [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

N:\Adrpc3a.frm                    2                              REV. 5/00