Debra Healy Deem (Cal. Bar No.: 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

Shawn R. Parr (Cal. Bar No.: 206616)
**PARR LAW GROUP**
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535
E-Mail: shawn@parrlawoffices.com

Attorneys for Defendant WILLIAM BOHANNAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-03-5300 EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT WILLIAM BOHANNAN; [~~PROPOSED~~] ORDER THEREON** |
| WILLIAM BOHANNAN, | |
| Defendant. | |

BN 951018v1

1

(CV-03-5300 EMC)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT WILLIAM BOHANNAN; [PROPOSED] ORDER THEREON**

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant WILLIAM BOHANNAN, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant WILLIAM BOHANNAN. Each of said parties to bear its/his own costs and attorney's fees. Defendant WILLIAM BOHANNAN is the last remaining Defendant in this action. This entire action as to all remaining claims is hereby terminated in full.

DATED: August 21, 2006                    Respectfully Submitted,

                                          BUCHALTER NEMER
                                          A Professional Corporation


                                          By:_____/s/ Brandon Q. Tran_____
                                                      Brandon Q. Tran
                                          Attorneys for Plaintiff DIRECTV, Inc.

DATED: August 16, 2006                    PARR LAW GROUP


                                          By: _____/s/ Shawn R. Parr_____
                                                      Shawn R. Parr
                                          Attorneys for Defendant WILLIAM
                                          BOHANNAN

## **ORDER**

Having read the foregoing Stipulation for Voluntary Dismissal of Defendant William Bohannan, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1.     This action is hereby dismissed with prejudice as against Defendant William Bohannan only;

2.     Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

/ / /

/ / /

1    3.    As Defendant William Bohannan is the last remaining active Defendant in this

2 action, this entire action as to all remaining claims is hereby terminated in full.

3 DATED:        August 21, 2006

4

5    Honorable Edward M. Chen

     United States District

6    No

7    IT IS SO ORDERED

8    Judge Edward M. Chen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT WILLIAM BOHANNAN;**
**[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.